# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEVIN DUVALLE BLACK,

    *Plaintiff*,

vs.

STATE OF NEVADA, *et al.*,

    *Defendants*.

2:11-cv-01199-JCM-LRL

ORDER

Plaintiff has filed a civil rights complaint. Neither a filing fee nor an application to proceed *in forma pauperis* was received with the complaint. Further, the complaint was not filed on the required form as required by the local rules. It does not appear from the allegations presented that a dismissal without prejudice for these defects in properly commencing an action will result in substantial prejudice.

IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice to a properly commenced action under a new docket number. The clerk shall send plaintiff two copies each of a complaint form and a pauper form, one copy of the instructions for each form, and a copy of the papers that he filed in this action.

The clerk of court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED July 29, 2011.

_____
JAMES C. MAHAN
United States District Judge