# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEVIN DUVALLE BLACK,

    *Plaintiff*,

vs.

STATE OF NEVADA, *et al.*,

    *Defendants*.

2:11-cv-01199-JCM-LRL

ORDER

    Following plaintiff's notice of change of address,

    IT IS ORDERED that the clerk of court shall re-send a copy of the order and judgment (## 2 & 3) of dismissal without prejudice and shall note said transmittal either in the docket entry for this order or otherwise on the docket sheet in a manner consistent with the clerk's current practice.

    DATED: August 16, 2011.

                                                      JAMES C. MAHAN
                                                      United States District Judge